IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON, | 1:08-cv-00754-GSA (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (DOCUMENT #32) |
| | THIRTY DAY DEADLINE |
| Defendants. | |

On June 20, 2008, plaintiff filed a motion to extend time to file an amended complaint . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   **June 30, 2008**         /s/ **Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE