# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-00754-LJO-GSA PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 34) |

Plaintiff Charles Walton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 20, 2007. Pursuant to the Court's order of February 27, 2009, this action for damages shall proceed on Plaintiff's amended complaint, filed June 30, 2008, against Defendants Ochoa, Meyers, Chaffer, Tunge, Clendaniel, Miller, Lambert, Haley, Arline, Contreras, and DonDiego on Plaintiff's Eighth Amendment claim arising from unsafe conditions of confinement.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 551 U.S. 89, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

---

[1] On February 27, 2009, Plaintiff's due process claims were dismissed, with prejudice, for failure to state a claim upon which relief may be granted; Plaintiff's state law negligence claim was dismissed, without prejudice, for failure to allege compliance with the California Tort Claims Act; Plaintiff's official capacity claims and claims for equitable relief were dismissed; and Defendants Gausewitz, Tilton, Hartley, Weinstein, Brown, and Schwarzenegger were dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them.

1. Service shall be initiated on the following defendants:

      **L. OCHOA, ASSOCIATE WARDEN**

      **P. MYERS**

      **D. CHAFFER**

      **D. TUNGE**

      **D. A. CLENDANIEL**

      **M. F. MILLER**

      **R. S. LAMBERT**

      **J. HALEY**

      **ARLINE**

      **M. CONTRERAS**

      **J. DONDIEGO**

2. The Clerk of the Court shall send Plaintiff eleven (11) USM-285 forms, eleven (11) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 30, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Twelve (12) copies of the endorsed amended complaint filed June 30, 2008.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

///

///

///

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.


IT IS SO ORDERED.

**Dated:   March 2, 2009**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE