# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON,<br><br>                Plaintiff,<br><br>        v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>                Defendants. | CASE NO. 1:08-cv-00754-LJO-GSA PC<br><br>ORDER REQUIRING DEFENDANTS TO RE-SERVE MOTION TO DISMISS AND MOTION TO STAY ON PLAINTIFF AT CTF WITHIN FIFTEEN DAYS<br><br>(Docs. 64 and 66)<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO RE-SERVE ORDERS ON PLAINTIFF AT CTF<br><br>(Docs. 61-63) |

   Plaintiff Charles Walton, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 20, 2007.  On October 19, 2009, Plaintiff filed a notice of change of address from Salinas Valley State Prison to the Correctional Training Facility.

   Accordingly, it is HEREBY ORDERED that:

   1.  Defendants shall re-serve their motion to dismiss, filed October 16, 2009, and their motion for a stay, filed October 21, 2009, on Plaintiff at CTF within fifteen days; and

   2.  The Clerk's Office shall re-serve the court orders filed on October 16, 2009, on Plaintiff at CTF.

   IT IS SO ORDERED.

   Dated:   October 22, 2009              /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE

1