# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON, | CASE NO. 1:08-cv-00754-LJO-GSA PC |
| Plaintiff, | ORDER DENYING MOTION SEEKING LEAVE TO AMEND AS MOOT |
| v. | (Doc. 50) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. / | |

Plaintiff Charles Walton, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 20, 2007. This action for damages is proceeding on Plaintiff's amended complaint, filed June 30, 2008, against Defendants Ochoa, Meyers, Chaffer, Tonge, Clendaniel, Miller, Lambert, Haley, Arline, Contreras, and DonDiego on Plaintiff's Eighth Amendment claim arising from unsafe conditions of confinement at Avenal State Prison. On July 14, 2009, Plaintiff filed a motion seeking leave to amend to include an omitted page, to add facts necessary to state a negligence claim under California law, and to add additional defendants to this action.

In a Findings and Recommendations issued concurrently with this order, the Court recommended that this action be dismissed based on Plaintiff's failure to exhaust the available administrative remedies prior to filing suit. 42 U.S.C. § 1997e(a).

///

///

In light of that recommendation, Plaintiff's motion seeking leave to amend is rendered moot and is HEREBY DENIED on that ground.

IT IS SO ORDERED.

Dated:   **February 3, 2010**              _____**/s/ Gary S. Austin**_____
                                                        UNITED STATES MAGISTRATE JUDGE