# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON, | CASE NO. 1:08-cv-00754-LJO-GSA PC |
| Plaintiff, | ORDER GRANTING MOTION TO STAY DISCOVERY |
| v. | (Doc. 66) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff Charles Walton, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 20, 2007. This action for damages is proceeding on Plaintiff's amended complaint, filed June 30, 2008, against Defendants Ochoa, Meyers, Chaffer, Tonge, Clendaniel, Miller, Lambert, Haley, Arline, Contreras, and DonDiego on Plaintiff's Eighth Amendment claim arising from unsafe conditions of confinement at Avenal State Prison. Defendants Ochoa, Meyers, Chaffer, Tonge, Clendaniel, Lambert, Haley, Arline, Contreras, and DonDiego filed a motion to dismiss on October 16, 2009, and on October 21, 2009, filed a motion seeking to stay discovery pending resolution of their motion to dismiss.

In a Findings and Recommendations issued concurrently with this order, the Court recommended that this action be dismissed based on Plaintiff's failure to exhaust the available administrative remedies prior to filing suit. 42 U.S.C. § 1997e(a).

///

///

1

1 Accordingly, good cause having been shown, Defendants' motion to stay discovery pending
2 resolution of their motion to dismiss is HEREBY GRANTED.

 IT IS SO ORDERED.

Dated: **February 3, 2010**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE