# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON, | CASE NO. 1:08-cv-00754-LJO-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING MOTION TO DISMISS FOR FAILURE TO EXHAUST |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (Docs. 64 & 76) |
| | ORDER DIRECTING CASE CLOSURE BY COURT CLERK |
| Defendants. | |

Plaintiff Charles Walton is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 4, 2010, the Magistrate Judge filed a Findings and Recommendations herein, on the motion to dismiss for failure to exhaust filed by Defendants L. Ochoa, P. Myers, D. Chaffer, D. Tunge, D. A. Clendaniel, R. S. Lambert, J. Haley, Arline, M Contreras, and J. Dondiego which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. Neither side filed any objection(s).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations, filed February 4, 2010 (Doc. 76), is adopted in full;
2. The motion to dismiss for failure to exhaust filed by Defendants L. Ochoa, P. Myers, D. Chaffer, D. Tunge, D. A. Clendaniel, R. S. Lambert, J. Haley, Arline, M Contreras, and J. Dondiego filed October 16, 2009 (Doc. 64), is GRANTED;
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   March 16, 2010**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE